United States District Court
Southern District of Texas
**ENTERED**
May 11, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. H-15-cr-654 |
| § | |
| ROBERTO ENRIQUE RINCON- § | |
| FERNANDEZ § | |

## ORDER TO MAINTAIN CUSTODY OF SEIZED VEHICLES

Pending before the Court is the United States Opposed Motion to Maintain Custody of Seized Vehicles, which are in the custody of the United States.

The Indictment in this case provides notice that the United States of America intends to seek the forfeiture of property as provided by Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1). The Supplement to Notice of Forfeiture in the Indictment also provides notice that the property subject to forfeiture includes the following two vehicles (the "Seized Vehicles"):

- 2013 Ferrari Four, Vehicle Identification Number ZFF73SKA7D0191348, Texas License Plate BLP7110.

- 2010 Lamborghini Gallardo Balboni, Vehicle Identification Number ZHWGU5BZ3ALA09491, Texas License Plate BT5R978.

Having considered the motion, any response, the record, and the applicable law, the Court:

ORDERS that, pursuant to 18 U.S.C. § 983(a)(3) and 21 U.S.C. § 853(e)(1), the United States shall maintain custody of and preserve the Seized Vehicles pending resolution of forfeiture proceedings in this criminal case.

Signed in Houston, Texas, on the 11th day of May 2016.

Gray H. Miller
United States District Judge