USA-74-24B
(Rev. 05/01)

**CRIMINAL DOCKET**

Southern District of Texas
FILED
JUN 15 2016

David J. Bradley, Clerk of Court

HOUSTON DIVISION

No. 4:15-654-1

USAO Number:    2012R15415

Magistrate Number:

CRIMINAL INFORMATION      Filed    6 /15/2016      Judge:      MILLER

**ATTORNEYS:**

UNITED STATES of AMERICA

vs.

| | Appt'd | Private |
|---|---|---|
| **KENNETH MAGIDSON, USA** (713) 567-9000 | | |
| JOHN P. PEARSON, AUSA (713) 567-9342 | | |
| ROBERTO ENRIQUE RINCON-FERNANDEZ | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:

(TOTAL)
(COUNTS:)
( 3 )

Ct. 1:  Conspiracy [18 USC § 371]

Ct. 2:  Foreign Corrupt Practices Act [15 USC § 78dd-2; 18 USC § 2]

Ct. 3:  Fraud and False Statements [26 USC § 7206(1)]

PENALTY:   Ct. 1:  Up to 5 years imprisonment, $250,000 fine, 3 years supervised release, and $100 special assessment.
Ct. 2:  Up to 5 years imprisonment, $250,000 fine, 3 years supervised release, and $100 special assessment.
Ct. 3:  Up to 3 years imprisonment, $250,000 fine, 1 year supervised release, and $100 special assessment.

NOTICE OF FORFEITURE [28 USC § 2461(c); 18 USC § 981(a)(1)(C)]

☐ In Jail

☐ On Bond

☐ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**