IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| vs. | § | CRIMINAL ACTION H-15-654-1 |
| | § | |
| ROBERTO ENRIQUE RINCON-FERNANDEZ | § | |

## WAIVER OF INDICTMENT

I, Roberto Enrique Rincon-Fernandez, the above named defendant, who is accused of Conspiracy in violation of Title 18, United States Code, Section 371, Violating the Foreign Corrupt Practices Act in violation of Title 15, United States Code, Section 78dd-2 and Title 18, United States Code, Section 2 and Fraud and False Statements in violation of Title 26, United States Code, Section 7206(1) being advised of the nature of the charge, the proposed Criminal Information, and of my rights, hereby waive in open court on June 16, 2016 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Signed at Houston, Texas on June 16, 2016.

_____
Roberto Enrique Rincon-Fernandez, Defendant

_____
Attorney for Defendant

APPROVED:

_____
Gray H. Miller
United States District Judge