Case 4:15-cr-00654 Document 69 Filed in TXSD on 06/16/16 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 16, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL ACTION H-15-654-1 |
| ROBERTO ENRIQUE RINCON-FERNANDEZ | § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on counts 1-3, a presentence report is ordered.

1. By **AUGUST 26, 2016** the initial presentence report must be disclosed to counsel.

2. By **SEPTEMBER 9, 2016** counsel must object in writing to the facts used and application of the guidelines or state that there is no objection.

3. By **SEPTEMBER 23, 2016** the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues.

4. **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

5. Sentencing is set for **SEPTEMBER 30, 2016** at **10:00 a.m.**

6. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

7. The defendant must go immediately – with a copy of this order – to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed at Houston, Texas on June 16, 2016.

_____
Gray H. Miller
United States District Judge

*Copies:* United States Probation
 AUSA ~ Jeremy Sanders/John Pearson
 Defense Counsel ~ Gary Siller/Samuel Louis/Paul Nalven
 Defendant