United States District Court
Southern District of Texas
**ENTERED**
November 21, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v.  § | CRIMINAL ACTION H-15-654 |
| § | |
| § | |
| (1) ROBERTO ENRIQUE RINCON-FERNANDEZ § | |
| (2) ABRAHAM JOSE SHIERA-BASTIDAS § | |

## Order Resetting Sentencings

The sentencings of the defendants are reset as follows:

1. The presentence investigation report will be available to the defendants by June 2, 2017.

2. Counsel must object in writing to the facts used and application of the guidelines or a statement that there is no objection by June 16, 2017.

3. The probation officer must submit to the Judge the final presentence reports with an addendum addressing contested issues by June 30, 2017.

4. **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

5. The sentencings will be held on July 14, 2017 at 10:00 a.m.

Signed at Houston, Texas on November 21, 2016.

_____
Gray H. Miller
United States District Judge